PEOPLE *v.* LAMERSON.

Appeal from Washtenaw, Breakey (James R.), J. Submitted Division 2 April 2, 1968, at Lansing. (Docket No. 4,202.)  Decided September 23, 1968.

Charles D. Lamerson was convicted on plea of guilty of breaking and entering with intent to commit larceny.  Defendant appeals.  Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William F. Delhey,* Prosecuting Attorney, and *Robert B. Creal,* Assistant Prosecuting Attorney, for the people.

*Richard S. Benedek,* for defendant.

Per Curiam.  Charles D. Lamerson pled guilty to a charge of breaking and entering with intent to commit larceny, CL 1948, § 750.110, as amended by PA 1964, No 133 (Stat Ann 1968 Cum Supp § 28-.305).  He appeals from the judgment of conviction and denial of his motion for a new trial.

An examination of the record and briefs discloses no prejudicial error in acceptance of the plea of guilty, or abuse of discretion in denying the motion for a new trial.

The conviction is affirmed on authority of *People v. Steele* (1966), 4 Mich App 352.

Lesinski, C. J. and T. G. Kavanagh and Foley, JJ., concurred.